IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER D. ELDREDGE,  Plaintiff, | : : : |
| v. | : Civil No. 5:22-cv-01991-JMG |
| JOHNSON & JOHNSON,  Defendant. | : : : |

**ORDER**

**AND NOW,** this 11th day of July, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 3) and Plaintiff's failure to file a response in opposition, it is hereby **ORDERED** that Defendant's Motion (ECF No. 3) is **GRANTED** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** for the reasons provided in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge